1

2

3

4

5

6

7

8                         IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RAYMOND FLORES,

11            Plaintiff,                         No. CIV S-10-2832 DAD P

12        vs.

13   M. CATE, et al.,                            ORDER

14            Defendants.

15   _____/

16        Plaintiff is a state prisoner proceeding pro se and in forma pauperis.  On

17   November 1, 2010, plaintiff's consent to the jurisdiction of the Magistrate Judge was filed.

18        By order filed April 28, 2011, plaintiff's complaint was dismissed and thirty days

19   leave to file an amended complaint was granted.  The thirty-day period has now expired and

20   plaintiff has not filed an amended complaint or otherwise responded to the court's order.

21        Accordingly, IT IS HEREBY ORDERED that this action is dismissed without

22   prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

23   DATED: June 8, 2011.

24

25                                              _____

                                                DALE A. DROZD
26   DAD:4                                       UNITED STATES MAGISTRATE JUDGE
     flor2832.dismiss

                                        1